NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JAMEEL IBRAHIM,**

*Claimant-Appellant*

v.

**DENIS MCDONOUGH, Secretary of Veterans Affairs,**

*Respondent-Appellee*

---

2024-2041

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 24-1287, Judge Joseph L. Falvey, Jr..

---

## O R D E R

The appellant having failed to file the required Entry of Appearance form, and having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

2                                                IBRAHIM V. MCDONOUGH


ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.


FOR THE COURT


September 19, 2024                                Jarrett B. Perlow
Date                                             Clerk of Court